1 | GAIL C. TRABISH, ESQ. (#103482)
2 | BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
3 | P. O. Box 12925
Oakland, CA 94604-2925
4 | Telephone: (510) 834-4350
Facsimile: (510) 839-1897

5

Attorneys for Defendant
6 | TARGET STORES, a division
of Target Corporation, erroneously
7 | sued herein as Target Corporation

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11 | JANINE FUJIOKA,                          Case No. **C 07 4393**

12 |              Plaintiff,

                                             [San Francisco County Superior Court Case
13 | vs.                                      No.: CGC-07-465141]

14 | VINTAGE OAKS SHOPPING CENTER;            **ANSWER TO UNVERIFIED**
JAMES CAMPBELL COMPANY, LLC;                 **COMPLAINT**
15 | TARGET CORPORTION; and DOES 1-50,
inclusive,
16 |                                          Complaint Filed: July 13, 2007
               Defendants.
17 |

18 |        COMES NOW Defendant TARGET STORES, a division of Target Corporation,

19 | erroneously sued herein as Target Corporation, and for its answer to the complaint of plaintiff

20 | JANINE FUJIOKA, on file herein, admits, denies and alleges the following:

21 |                                **GENERAL ALLEGATIONS**

22 |        1.      Answering paragraph 3, this answering defendant states that it has no information

23 | or belief concerning the subjects of the allegations therein sufficiently enabling it to answer said

24 | paragraph, and on that ground, denies each and every, all and singular, generally and specifically,

25 | the allegations contained therein.

26 |        2.      Answering paragraph 5(a) and (c), this answering defendant states that it has no

27 | information or belief concerning the subjects of the allegations therein sufficiently enabling it to

28 | answer said paragraph, and on that ground, denies each and every, all and singular, generally and

-1-

1  specifically, the allegations contained therein.  As to paragraph 5(b), this answering defendant
2  admits that Target Stores is a division of Target Corporation, and is a Minnesota corporation
3  whose principal place of business is in Minnesota.

4  　　　　3.　　Answering the allegation in paragraph 6(a), this answering defendant states that it
5  has no information or belief concerning the subjects of the allegations therein sufficient to enable it
6  to answer said paragraph, and on that ground, denies each and every, all and singular, generally
7  and specifically, the allegations contained therein.

8  　　　　4.　　Answering the allegation in paragraph 8(a), this answering defendant denies that the
9  Superior Court of San Francisco is the proper court.

10  　　　　5.　　Answering paragraph 10, this answering defendant admits that there are two (2)
11  causes of action for Premises Liability and General Negligence attached.

12  　　　　6.　　Answering paragraph 11(a), (c), (d) and (f), this answering defendant denies each
13  and every allegation contained therein.

14  　　　　7.　　Answering paragraph 14, this answering defendant denies each and every allegation
15  contained therein.

16
17  **FIRST CAUSE OF ACTION – General Negligence**

18  　　　　8.　　Answering paragraph GN-1, this answering defendant denies each and every
19  allegation contained therein.

20  **SECOND CAUSE OF ACTION – Premises Liability**

21  　　　　9.　　Answering paragraph Prem. L-1, this answering defendant denies each and every
22  allegation contained therein.

23  　　　　10.　　Answering paragraph Prem. L-2, this answering defendant denies each and every
24  allegation contained therein.

25  　　　　11.　　Answering paragraph Prem. L-3, this answering defendant denies each and every
26  allegation contained therein.

27  　　　　12.　　Answering paragraph Prem. L-4, this answering defendant denies each and every
28  allegation contained therein.

ANSWER TO UNVERIFIED COMPLAINT – [San Francisco County Sup. Ct. Case No.: CGC-07-465141]

13. Answering paragraph Prem. L-5, this answering defendant denies each and every allegation contained therein.

## DEMAND FOR JURY TRIAL

This answering defendant demands a jury trial.

## AFFIRMATIVE DEFENSES

**COMES NOW,** Defendant TARGET STORES, a division of Target Corporation, erroneously sued herein as Target Corporation, and for its answer to the complaint of plaintiff on file herein alleges as follows:

**AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that neither the complaint nor any of its alleged causes of action states facts sufficient to constitute a cause of action against this answering defendant.

**AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that plaintiff failed to mitigate her alleged damages as required by law.

**AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that plaintiff was comparatively at fault in the manner and style as set forth in the case of *Li v. Yellow Cab Co.* (1975) 13 Cal.3d 804, and defendant prays that any and all damages sustained by said plaintiff be reduced by the percentage of her negligence.

**AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that the damages complained of, if any there were, were proximately contributed to or caused by the

1  carelessness, negligence, fault or defects created by the remaining parties in this action, or by other

2  persons, corporations or business entities unknown to this answering defendant at this time, and

3  were not caused in any way by this answering defendant, or by persons for whom this answering

4  defendant is legally liable.

5      Should this answering defendant be found liable to plaintiff, which liability is expressly

6  denied, said defendant is entitled to have this award against it abated, reduced or eliminated to the

7  extent that the negligence, carelessness, fault or defects created by the remaining parties in this

8  action, or by said other persons, corporations or business entities, contributed to plaintiff's

9  damages, if any.

10  **AS A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE**

11  **VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION**

12  **THEREOF**, this answering defendant is informed and believes and thereon alleges that plaintiff

13  knew, or in the exercise of ordinary care should have known, of the risks and hazards involved in

14  the undertaking in which she was engaged, but nevertheless and knowing these things, did freely

15  and voluntarily consent to assume all the risks and hazards involved in the undertaking.

16      **WHEREFORE**, this answering defendant prays as follows:

17  1.    That plaintiff take nothing by her complaint and that this answering defendant be

18  dismissed hence;

19  2.    For reasonable attorneys' fees;

20  3.    For costs of suit incurred herein; and

21  4.    For such other and further relief as the Court deems fit and proper.

22  DATED: August 2 4, 2007          BOORNAZIAN, JENSEN & GARTHE

23                                    A Professional Corporation

24

25                                    By: _____
                                           GAIL C. TRABISH, ESQ.
26                                         Attorneys for Defendant
                                           TARGET STORES, a division of
27                                         Target Corporation, erroneously sued
                                           herein as Target Corporation
28  GCT01\412846

-4-

**CERTIFICATE OF SERVICE**
**(28 U.S.C. §1746)**

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **ANSWER TO UNVERIFIED COMPLAINT**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Matthew D. Davis, Esq.                    **Attorneys for Plaintiff**
Doug Saeltzer, Esq.
Walkup Melodia Kelly Wecht &
Schoenberg
650 California Street, 26th Floor
San Francisco, CA 94108
(415) 981-7210  Phone
(415) 391-6965  Fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on August 24, 2007.

_____
Alexine L. Braun

GCT01\412846

-5-

ANSWER TO UNVERIFIED COMPLAINT – [San Francisco County Sup. Ct. Case No.: CGC-07-465141]