GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANINE FUJIOKA, | Case No.: C-07-04393 BZ |
| Plaintiff, | |
| vs. | [San Francisco County Superior Court Case No.: CGC-07-465141 |
| VINTAGE OAKS SHOPPING CENTER; JAMES CAMPBELL COMPANY, LLC; TARGET CORPORTION; and DOES 1-50, inclusive, | **CERTIFICATE OF SERVICE (28 U.S.C. §1746)** |
| | Complaint Filed: July 13, 2007 |
| Defendants. | |

### CERTIFICATE OF SERVICE

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the:

1.   **Order Setting Initial Case Management Conference and ADR Deadlines;**

2.   **Welcome to the U.S. District Court Handout;**

3.   **Notice of Assignment of Case to a United State Magistrate Judge;**

4. **ECF Registration Information Handout;**

5. **Public Notice, Magistrate Judge;**

6. **Civil Cover Sheet;**

7. **Petition for Removal;**

8. **Answer to Unverified Complaint; and**

9. **Dispute Resolution Procedures in the Northern District of California**

addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Matthew D. Davis, Esq.<br>Doug Saeltzer, Esq.<br>Walkup Melodia Kelly Wecht & Schoenberg<br>650 California Street, 26th Floor<br>San Francisco, CA 94108<br>(415) 981-7210  Phone<br>(415) 391-6965  Fax | **Attorneys for Plaintiff** |
| Frances Yoshimura, Esq.<br>Joseph Costella & Associates<br>215 Lennon Lane, Ste. 200<br>Walnut Creek, CA 94598-2420<br>(925) 945-4491  Phone<br>(925) 945-4454  Fax | **Attorneys for Defendants VINTAGE OAKS SHOPPING CENTER; JAMES CAMPBELL COMPANY, LLC** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on August 28, 2007.

_____
Alexine L. Braun

GCT01\412993