

**Boornazian, Jensen & Garthe**
A Professional Corporation

555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: 510.834.4350
Facsimile: 510.839.1897
Website: www.bjg.com

Mailing Address
P.O. Box 12925
Oakland, CA 94604-2925

**Heather A. Gladstone**
hgladstone@bjg.com

September 20, 2007

VIA E-FILE

The Hon. Bernard Zimmerman
U.S. District Court - Northern
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re:   *Janine Fujioka v. Vintage Oaks Shopping Center, et al.*
      U.S. District Court Case No.: C-07-04393 BZ

Dear Judge Zimmerman:

Enclosed please find a Stipulation Regarding Remand of USDC Case No.: C-07-04393 BZ to the Marin County Superior Court, together with Proposed Order. This stipulation was entered into on the condition that the case be consolidated with the action entitled *Fujioka v. Enterprise Rent-A-Car of San Francisco, et al.*

Regarding the case of *Fujioka v. Enterprise Rent-A-Car of San Francisco, et al.*, said case was improperly filed in San Francisco County Superior Court, but is now undergoing transfer to Marin County Superior Court on stipulation of the parties.

Upon remand of the instant action to Marin County Superior Court, the parties will seek to have the two cases *Janine Fujioka v. Vintage Oaks Shopping Center, et al.* and *Fujioka v. Enterprise Rent-A-Car of San Francisco, et al.* consolidated.

If you have any questions or comments regarding the above, please contact the undersigned.

Very truly yours,

BOORNAZIAN, JENSEN & GARTHE

Heather A. Gladstone

HAG/ms
enc.
cc:   Matthew D. Davis. Esq. (by ECF e-serve)
      Frances Yoshiimura, Esq. (by mail)
25084\414636