GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANINE FUJIOKA,<br><br>Plaintiff,<br><br>vs.<br><br>VINTAGE OAKS SHOPPING CENTER; JAMES CAMPBELL COMPANY, LLC; TARGET CORPORTION; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: C-07-04393BZ<br><br>**STIPULATION REGARDING REMAND TO STATE COURT**<br><br>Complaint Filed: July 13, 2007 |

IT IS HEREBY AGREED AND STIPULATED on behalf of plaintiff JANINE FUJIOKA, defendant TARGET STORES, a division of Target Corporation, erroneously sued herein as TARGET CORPORATION (hereinafter "TARGET"), and defendants VINTAGE OAKS SHOPPING CENTER and JAMES CAMPBELL COMPANY, LLC by and through their counsels of record, that this action be remanded to Marin County Superior Court, as the proper jurisdiction for the further litigation of said case and consolidated with the matter of Jannie Fuioka v. Enterprise Rent-A-Car of San Francisco, et al.

Dated: 09/13, 2007

WALKUP, MELODIA, KELLY, WECHT & SCHOENBERG

By: _____
MATTHEW D. DAVIS, ESQ.
Attorneys for Plaintiff
Janine Fujioka

-1-
Stipulation Regarding Remand to State Court

| | | |
|---|---|---|
| 1 | Dated: 9/13/07, 2007 | BOORNAZIAN, JENSEN & GARTHE<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>GAIL C. TRABISH, ESQ.<br>Attorneys for Defendant<br>TARGET STORES, a division of<br>Target Corporation |
| 5 | | |
| 6 | | |
| 7 | Dated: September 13, 2007 | JOSEPH COSTELL & ASSOCIATES |
| 8 | | |
| 9 | | |
| 10 | | By: _____<br>FRANCES YOSHIMURA, ESQ.<br>Attorneys for Defendants VINTAGE<br>OAKS SHOPPING CENTER and<br>JAMES CAMPBELL COMPANY, LLC |
| 11 | | |
| 12 | | |
| 13 | 24901\414035 | |

-2-
Stipulation Regarding Remand to State Court

TOTAL P.04


# PROOF OF SERVICE BY ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served **STIPULATION REGARDING REMAND TO STATE COURT** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

Matthew D. Davis, Esq.  **Attorneys for Plaintiff**
Doug Saeltzer, Esq.
Walkup Melodia Kelly Wecht & Schoenberg
650 California Street, 26th Floor
San Francisco, CA  94108
(415) 981-7210  Phone
(415) 391-6965  Fax

mdavis@walkuplawoffice.com, kbenzien@walkuplawoffice.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, September 20, 2007.

*Jacquelyn S. Lewis*
Jacquelyn S. Lewis

-3-
Stipulation Regarding Remand to State Court

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION REGARDING REMAND TO STATE COURT**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Frances Yoshimura, Esq.<br>Joseph Costella & Associates<br>215 Lennon Lane, Ste. 200<br>Walnut Creek, CA 94598-2420<br>(925) 945-4491 Phone<br>(925) 945-4454 Fax | **Attorneys for Defendants VINTAGE OAKS SHOPPING CENTER; JAMES CAMPBELL COMPANY, LLC** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 20, 2007.

_Jacquelyn S. Lewis_
Jacquelyn S. Lewis