1  GAIL C. TRABISH, ESQ. (#103482)
   HEATHER A. GLADSTONE, ESQ. (#238517)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  Attorneys for Defendant
   TARGET STORES, a division
7  of Target Corporation

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10
   JANINE FUJIOKA,                          )   Case No.:  C-07-04393BZ
11                                           )
                 Plaintiff,                  )
12                                           )
   vs.                                       )   **[PROPOSED] ORDER GRANTING**
13                                           )   **REMAND TO STATE COURT**
   VINTAGE OAKS SHOPPING CENTER;             )
14 JAMES CAMPBELL COMPANY, LLC;              )   Complaint Filed: July 13, 2007
   TARGET CORPORTION; and DOES 1-50,         )
15 inclusive,                                )
                                              )
16               Defendants.                  )
                                              )
17 _____)

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

-1-
[Proposed] Order Granting Stipulation Regarding Remand to State Court; Case No. C-07-04393BZ

-2-

1  The parties having stipulated and good cause appearing,

2  It is hereby ordered that this action be remanded to Marin County Superior Court, as the
3  proper jurisdiction for the further litigation of said case.

4  It is further ordered that, upon remand to Marin County Superior Court, this action shall be
5  consolidated with the matter of *Jannie Fujioka v. Enterprise Rent-A-Car of San Francisco, et al.*,
6  currently awaiting transfer from San Francisco Superior Court.

7  **IT IS SO ORDERED.**

9  DATED: _____, 2007

             _____
             JUDGE BERNARD ZIMMERMAN

25084\414199

-2-
[Proposed] Order Granting Stipulation Regarding Remand to State Court; Case No. C-07-04393BZ

## PROOF OF SERVICE BY ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served **[PROPOSED] ORDER GRANTING REMAND TO STATE COURT** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

Matthew D. Davis, Esq.  **Attorneys for Plaintiff**
Doug Saeltzer, Esq.
Walkup Melodia Kelly Wecht & Schoenberg
650 California Street, 26th Floor
San Francisco, CA  94108
(415) 981-7210  Phone
(415) 391-6965  Fax

mdavis@walkuplawoffice.com,kbenzien@walkuplawoffice.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, September 20, 2007.

*Jacquelyn S. Lewis*
Jacquelyn S. Lewis

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **[PROPOSED] ORDER GRANTING REMAND TO STATE COURT**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Frances Yoshimura, Esq.<br>Joseph Costella & Associates<br>215 Lennon Lane, Ste. 200<br>Walnut Creek, CA  94598-2420<br>(925) 945-4491  Phone<br>(925) 945-4454  Fax | **Attorneys for Defendants VINTAGE OAKS SHOPPING CENTER; JAMES CAMPBELL COMPANY, LLC** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 20, 2007.

*Jacquelyn S. Lewis* (signature)
Jacquelyn S. Lewis

---
-4-

[Proposed] Order Granting Stipulation Regarding Remand to State Court; Case No. C-07-04393BZ