GAIL C. TRABISH, ESQ. (#103482)
HEATHER A. GLADSTONE, ESQ. (#238517)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANINE FUJIOKA, | ) | Case No.:   C-07-04393BZ |
| Plaintiff, | ) ) | |
| vs. | ) ) | **[PROPOSED] ORDER GRANTING REMAND TO STATE COURT** |
| VINTAGE OAKS SHOPPING CENTER; JAMES CAMPBELL COMPANY, LLC; TARGET CORPORTION; and DOES 1-50, inclusive, | ) ) ) ) ) | Complaint Filed:  July 13, 2007 |
| Defendants. | ) ) ) | |

///

///

///

///

///

///

///

///

///

///

///

-1-

1    The parties having stipulated and good cause appearing,

2    It is hereby ordered that this action be remanded to Marin County Superior Court, as the

3    proper jurisdiction for the further litigation of said case.

4    It is further ordered that, upon remand to Marin County Superior Court, this action shall be

5    consolidated with the matter of *Jannie Fujioka v. Enterprise Rent-A-Car of San Francisco, et al.*,

6    currently awaiting transfer from San Francisco Superior Court.

7    **IT IS SO ORDERED**.

8

9    DATED         , 2007

10

11    JUDGE BERNARD ZIMMERMAN

12

13    25084\414199

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**PROOF OF SERVICE BY ELECTRONIC SERVICE**

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served **[PROPOSED] ORDER GRANTING REMAND TO STATE COURT** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

Matthew D. Davis, Esq.                          **Attorneys for Plaintiff**
Doug Saeltzer, Esq.
Walkup Melodia Kelly Wecht & Schoenberg
650 California Street, 26th Floor
San Francisco, CA  94108
(415) 981-7210  Phone
(415) 391-6965  Fax

mdavis@walkuplawoffice.com,kbenzien@walkuplawoffice.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, September 20, 2007.

*Jacquelyn S. Lewis*

Jacquelyn S. Lewis

-3-

### CERTIFICATE OF SERVICE
### (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the [**PROPOSED**] **ORDER GRANTING REMAND TO STATE COURT** , addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Frances Yoshimura, Esq.
Joseph Costella & Associates
215 Lennon Lane, Ste. 200
Walnut Creek, CA  94598-2420
(925) 945-4491  Phone
(925) 945-4454  Fax

**Attorneys for Defendants VINTAGE OAKS SHOPPING CENTER; JAMES CAMPBELL COMPANY, LLC**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 20, 2007.

*Jacquelyn S. Lewis*
Jacquelyn S. Lewis

-4-