UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

September 25, 2007

ENDORSED FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

OCT 01 2007

GORDON PARK-LI
General Court Number
415.522.2000
BY: _____
Deputy Clerk

RECEIVED
OCT - 3 2007

San Francisco County Superior Court
Office of the Clerk
400 McAllister Street
San Francisco, California 94102

RE: **JANINE FUJIOKA -v- VINTAGE OAKS SHOPPING CENTER, et al., C-07-4393-BZ**
    **Your Case Number: (CGC-07-465141)**

Dear Clerk,

Pursuant to an ***order remanding*** the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    by:  Thelma Nudo
          Deputy Clerk

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg